# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YEUNG BING KWONG KENNTH,**<br><br>　　　　Plaintiff**,**<br><br>　　vs.<br><br>**YEUNG CHI SHING HOLDING (DELAWARE) INC., ET AL.,**<br><br>　　　　Defendants**.** | CASE NO. 18-cv-07644-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO SERVE PURSUANT TO FED. R. CIV. PROC. 4(M)** |

**TO PLAINTIFF YEUNG BING KWONG KENNTH AND THEIR COUNSEL OF RECORD**:

**You Are Hereby Ordered to Show Cause** your complaint should not be dismissed for failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m). A hearing on this Order to Show Cause will be held on **Friday, April 12, 2019**, on the Court's **9:01 a.m.** Calendar, in Courtroom 1 of the Federal Courthouse at 1301 Clay Street in Oakland, California.

By no later than **Friday, April 5, 2019**, plaintiff must file either (1) proof of service(s); or (2) a written response to this Order to Show Cause why their complaint should not be dismissed for failure to comply with the stated rule.

The Court hereby **VACATES** the Case Management Conference scheduled for Monday, April 1, 2019.[1]

**IT IS SO ORDERED.**

Dated: March 29, 2019

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court also notes that plaintiff has failed to file a case management conference statement due on March 25, 2019 and could be sanctioned on that basis as well. Counsel is warned to heed the Court's local rules.